IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SANDRA CUMMINGS                                                    PLAINTIFF

V.                                           CIVIL ACTION NO. 1:18-CV-72-SA-DAS

WELLS FARGO, N.A., and
HOMEOWNER'S MORTGAGE
OF AMERICA, INC.                                                 DEFENDANTS

## FINAL JUDGMENT

Pursuant to a separate Order and Memorandum Opinion issued this day, the Defendants' Motion to Dismiss for failure to state a claim [7] pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED. This case is DISMISSED with prejudice, and this CASE is CLOSED.

SO ORDERED, this the 11th day of January, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE